IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3119 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTIAN QUEVEDO, CARLOS CARPIO, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) Defendant Carpio's motion to continue, (filing no. 42), is granted.

2) Defendant Carpio shall file his pretrial motions on or before February 20, 2010.

DATED this 22nd day of January, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge