# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3119 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM AND ORDER |
| CARLOS CARPIO, | ) | |
| | ) | |
| Defendants. | ) | |

Following a hearing on defendant Carpio's request for new counsel,

IT IS ORDERED:

1) The motion to withdraw filed by Franklin E. Miner, (filing no. 75), is granted. The Clerk is directed to remove Mr. Miner from all future ECF notifications in this case.

2) In accordance with the Criminal Justice Act Plan for this district, CJA Panel attorney Gregory Dammen is appointed to represent defendant Carpio.

3) Mr. Dammen, who has already entered his appearance as counsel for defendant Carpio, shall promptly provide a copy of this order to defendant Carpio.

DATED this 19th day of March, 2010.

BY THE COURT:

S/ *Cheryl R. Zwart*
United States Magistrate Judge