IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:09CR3119 |
| V. | ) ) | |
| CARLOS CARPIO, | ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) ) ) | |

This matter is before the court on the Magistrate Judge's Findings and Recommendation ("Recommendation") (filing 68) that Defendant Carlos Carpio's motion to suppress (filing 44) be denied. No objections to the Recommendation have been filed as allowed by 28 U.S.C. § 636(b)(1)(c).

I have reviewed the Magistrate Judge's Recommendation pursuant to 28 U.S.C. § 636(b)(1) and I find after de novo review that the Recommendation should be adopted.

IT IS ORDERED:

1. The Magistrate Judge's Recommendation (filing 68) is adopted;

2. Defendant Carlos Carpio's motion to suppress (filing 44) is denied.

April 28, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge